1.

C-1175317v1 21389.00011 FERJON
C-1175317v1 21389.00011 FERJON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## Civil Action No: 3:10-CV-29

| | |
|---|---|
| WILLIAM H. TUCKER,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN BROADBAND COMMUNICATIONS, LLC,<br><br>      Defendant/Counterclaimant,<br><br>and PATRICK L. EUDY,<br><br>      Defendant. | **ORDER FOR EXTENSION OF FILING DEADLINES AND DENYING MOTION TO DISMISS AS MOOT** |

The Court having considered Plaintiff's **MOTION TO EXTEND TIME FOR PARTIES TO ANSWER OR OTHERWISE PLEAD AND DECLARE MOTION TO DISMISS MOOT**, and having been advised that Defendants consent to the motion and the relief requested, hereby **ORDERS** that:

    a)    Plaintiff is granted a twenty-day extension to and through April 26, 2010 to answer or otherwise plead with respect to Defendant American Broadband's counterclaims;

    b)    Defendant Eudy is granted an extension to answer or otherwise plead with respect to Plaintiff's amended complaint to and through the seventh calendar day after Plaintiff answers or otherwise pleads with respect to Defendant American Broadband's counterclaims pursuant to the extension granted in (a) above; and

c) Defendant Eudy's pending motion to dismiss is declared moot.

Signed: April 2, 2010

Graham C. Mullen
United States District Judge