IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-29-GCM

| | | |
|---|---|---|
| WILLIAM H. TUCKER, | ) | |
|       Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| AMERICAN BROADBAND | ) | |
| COMMUNICATIONS, LLC, | ) | |
|       Defendant, | ) | |

**THIS MATTER** is before the court on its own motion. Parties are requesting an extension of dates set in the pretrial order, but are in conflict about the re-scheduling of the trial date. Accordingly, the parties are directed to appear on **Tuesday, December 14, 2010 at 3:30 p.m in Courtroom #3.**

      IT IS SO ORDERED.          Signed: December 10, 2010

Graham C. Mullen
United States District Judge