UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-29-GCM

WILLIAM H. TUCKER,

    **Plaintiff,**

v.

AMERICAN BROADBAND
COMMUNICATIONS, LLC, *et al,*

    **Defendants.**

# ORDER

THIS MATTER is before the Court upon its own motion. Due to a clerical error, the trial in this matter was set for December 6, 2011. IT IS HEREBY ORDERED that the trial in this matter is rescheduled for the **December 5, 2011** term at 10:00 A.M. in Courtroom 3 at 401 West Trade Street, Charlotte, NC 28202.

SO ORDERED.

Signed: March 28, 2011

Graham C. Mullen
United States District Judge