IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:10-CV-29

| | |
|---|---|
| WILLIAM H. TUCKER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROADBAND<br>COMMUNICATIONS, LLC,<br><br>Defendant/Counterclaimant<br>Plaintiff,<br><br>and PATRICK L. EUDY,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's and Defendant/Counterclaimant's Joint Motion to Place Documents Under Seal, filed August 1, 2011 [D.I. 32]. Having considered the motion and for good cause shown, the Motion to Seal is **GRANTED**. The clerk shall file the Sealed Documents (as defined in the Joint Motion) under seal.

**SO ORDERED**.

Signed: August 1, 2011

Graham C. Mullen
United States District Judge