**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:10-CV-29**

| | |
|---|---|
| **WILLIAM H. TUCKER,** | |
| **Plaintiff,** | |
| v. | |
| **AMERICAN BROADBAND COMMUNICATIONS, LLC,** | **ORDER** |
| **Defendant/Counterclaimant Plaintiff,** | |
| **and PATRICK L. EUDY,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's and Defendant/Counterclaimant's Joint Motion to Place Documents Under Seal filed August 18, 2011. Having considered the motion and reviewed the pleadings, and for good cause shown, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's and Defendant/Counterclaimant's Joint Motion to Place Documents Under Seal is **GRANTED.**

Signed: August 18, 2011

Graham C. Mullen
United States District Judge