FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:10-CV-29

| | |
|---|---|
| WILLIAM H. TUCKER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROADBAND COMMUNICATIONS, LLC,<br><br>Defendant/Counterclaimant Plaintiff,<br><br>and PATRICK L. EUDY,<br><br>Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's and Defendant/Counterclaimant's Joint Motion to Place Documents Under Seal filed August 29, 2011. Having considered the motion and reviewed the pleadings, and for good cause shown, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's and Defendant/Counterclaimant's Joint Motion to Place Documents Under Seal is **GRANTED.**

Signed: August 31, 2011

Graham C. Mullen
United States District Judge