IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-29-GCM

| | |
|---|---|
| WILLIAM H. TUCKER, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN BROADBAND | ) |
| COMMUNICATIONS, LLC, *et al* | ) |
| Defendants. | ) |

## **ORDER**

THIS MATTER IS BEFORE THE COURT on its own motion. IT IS HEREBY ORDERED that a hearing on the cross Motions for Summary Judgment will be held on **December 15, 2011, at 2:00 p.m. in Courtroom #3.**

IT IS FURTHER ORDERED that the trial in this matter is rescheduled for **March 5, 2012.**

IT IS SO ORDERED.

Signed: October 19, 2011

Graham C. Mullen
United States District Judge