IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV29

| | | |
|---|---|---|
| WILLIAM H. TUCKER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AMERICAN BROADBAND COMMUNICATIONS, LLC, | ) ) ) | ORDER |
| Defendant/Counterclaimant Plaintiff, | ) ) ) ) | |
| and PATRICK L. EUDY, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court upon the Plaintiff's Motion for Summary Judgment and the Defendant's Motion for Partial Summary Judgment. A hearing was held in this matter on December 15, 2011. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiff's Motion for Summary Judgment is hereby GRANTED, and Defendant's Motion for Partial Summary Judgment is hereby DENIED. Judgment is ordered in favor of the Plaintiff for $1 million plus interest accrued at the contractual rate.

Signed: January 3, 2012

Graham C. Mullen
United States District Judge