# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William H. Tucker,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                               3:10cv29

American Broadband Communciations LLC
and Patrick L. Eudy,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2012 Order.

                                                Signed: January 3, 2012

Frank G. Johns, Clerk
United States District Court