IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv29

| | |
|---|---|
| WILLIAM H. TUCKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AMERICAN BROADBAND ) | |
| COMMUNICATIONS, LLC., and ) | |
| PATRICK L. EUDY, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court upon Plaintiff's Motion to Strike/Exclude the Expert Testimony of Emmanuel Staurulakis. A hearing was held on this matter on December 15, 2011. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiff's motion is hereby GRANTED.

Signed: January 5, 2012

Graham C. Mullen
United States District Judge