# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### Civil Action No. 3:10-CV-29

| | |
|---|---|
| **WILLIAM H. TUCKER,** )<br> )<br>  **Plaintiff/Counterclaim Defendant,** )<br> )<br> **v.** )<br> )<br>**AMERICAN BROADBAND** )<br>**COMMUNICATIONS, LLC,** )<br> )<br>  **Defendant/Counterclaimant** )<br>**and,** )<br> )<br>**PATRICK L. EUDY** )<br> )<br>  **Defendant.** )<br> ) | **ORDER REGARDING STAY OF**<br>**PROCEEDINGS TO ENFORCE JUDGMENT** |

The Court having considered the Parties' **JOINT MOTION TO STAY**

**PROCEEDINGS TO ENFORCE JUDGMENT,** to which both Parties consent, hereby

**ORDERS** that the stay of proceedings to enforce the judgment is hereby extended to and

through January 27, 2012, during which time no execution may issue on the judgment, nor may

proceedings be taken to enforce it.

Signed: January 26, 2012.

_Graham C. Mullen_