IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:10-CV-29

| | |
|---|---|
| WILLIAM H. TUCKER, | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| v. | ) ORDER |
| AMERICAN BROADBAND COMMUNICATIONS, LLC, | ) |
| Defendant/Counterclaimant and, | ) |
| PATRICK L. EUDY | ) |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion to Place Document Under Seal. Having considered the motion and reviewed the pleadings, and for good cause shown, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Place Document Under Seal is **GRANTED.**

Signed: January 30, 2012

Graham C. Mullen
United States District Judge