# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:10-CV-29

| | |
|---|---|
| **WILLIAM H. TUCKER,** ) | |
| ) | |
| **Plaintiff/Counterclaim Defendant,** ) | |
| ) | |
| v. ) | **ORDER REGARDING STAY OF** |
| ) | **PROCEEDINGS TO ENFORCE JUDGMENT** |
| **AMERICAN BROADBAND** ) | |
| **COMMUNICATIONS, LLC,** ) | |
| ) | |
| **Defendant/Counterclaimant** ) | |
| **and,** ) | |
| ) | |
| **PATRICK L. EUDY** ) | |
| ) | |
| **Defendant.** | |

The Court having considered the Parties' **JOINT MOTION TO STAY PROCEEDINGS TO ENFORCE JUDGMENT,** to which both Parties consent, hereby **ORDERS** that the stay of proceedings to enforce the judgment is hereby extended to and through February 3, 2012, during which time no execution may issue on the judgment, nor may proceedings be taken to enforce it.

Signed: February 3, 2012

Graham C. Mullen
United States District Judge