IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:10-CV-29

| | |
|---|---|
| WILLIAM H. TUCKER, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | ORDER REGARDING RELIEF |
| ) | FROM FINAL JUDGMENT |
| AMERICAN BROADBAND ) | |
| COMMUNICATIONS, LLC, ) | |
| ) | |
| Defendant/Counterclaimant ) | |
| and, ) | |
| ) | |
| PATRICK L. EUDY ) | |
| ) | |
| Defendant. | |

The Court having considered the Parties' **JOINT MOTION FOR RELIEF FROM JUDGMENT,** to which both Parties consent, hereby **ORDERS** that the Final Judgment in this matter, Docket Entry # 59, is hereby set aside pursuant to Federal Rule of Civil Procedure 60(6)(5).

Signed: November 15, 2012

Graham C. Mullen
United States District Judge